# **EXHIBIT C**

Jennifer Peters, MBA - General Manager - Wolf River Development Company | LinkedIn

 Jennifer Peters, MBA 



# Jennifer Peters, MBA

General Manager at Wolf River Development Company

Shawano, Wisconsin, United States · 135 connections

Join to Connect

 **Wolf River Development Company**

 University of Phoenix

## About

Currently the General Manager of the Wolf River Development Company. It is my job to investigate, review, consider, pursue and conduct any non-gaming activity for the Menominee Indian Tribe.

I am confident, composed, unselfish, dedicated, and a result driven leader.

I've worked hard at each position I've held and made it a point to learn every aspect of each department. I've proven I can handle whatever is thrown at me, and with my hard work and dedication, I've been recruited and promoted in the last four leadership positions I've held.

## Activity

in | Jennifer Peters, MBA 



A manager's job is to provide guidance and support. It's facilitating a healthy environment where employees can perform at their best. Micromanaging...
Liked by Jennifer Peters, MBA

Why Managers should care about Employee Loyalty.
#Leadership #Management #HumanResources #BrigetteHyacinth
Liked by Jennifer Peters, MBA

Leadership and inspiration are inseparable; you cannot expect great performances from your team if they are not inspired. Check out more...
Liked by Jennifer Peters, MBA

Join now to see all activity



Jennifer Peters, MBA



### General Manager
Wolf River Development Company

May 2018 - Present · 3 years 8 months

Keshena, WI

Manage and control WRDC operations, aggressively investigate, review, consider, pursue, and conduct and non-gaming commercial activity to generate profit, promote, support and foster the establishment of privately owned businesses on the Menominee India Reservation, Budget Management for multiple companies

### Child Support Manager
Menominee Indian Tribe of WI

Aug 2016 - May 2018 · 1 year 10 months

keshena, WI

Budget Development and management, update/revise policies, procedures, and assist/provide recommendations to tribal code, provide leadership to Child Support staff, Analysis of data such as collections and disbursements,

### Corporate Secretary
Menominee Tribal Enterprises

Apr 2016 - Aug 2016 · 5 months

Neopit, WI

Prepare and Distribute notices for upcoming meetings, prepare meeting packets, take thorough minutes for board meetings, transcribing, Board of Directors by-laws and sub-committee responsibilities, coordinate meetings/events, preform research and any special projects for the president/BOD, Coordinate elections committee for annual meeting and conduct annual elections

### Menominee Casino Resort
2 years 6 months

### Guest Service Manager
Jan 2015 - Mar 2016 · 1 year 3 months

Keshena, WI

 Jennifer Peters, MBA 

reports, promotional set-up, set-up ticket sales for special events, provide leadership for Guest Service and Host department, assist in the coordination of all special events, provide excellent guest service to both internal and external guests...

Show more

### Interim Marketing Director

Jul 2015 - Dec 2015 · 6 months

Keshena, WI

budget development, performance reviews, assisted in strategic planning process, develop, revise, and implement policies and procedures, weekly staff meetings, analysis based on informational needs, advertising planning and scheduling, provide leadership to the Marketing department, etc.

### Entertainment & Promotions Coordinator

Oct 2013 - Jan 2015 · 1 year 4 months

Entertainment Supervisor – Lounge Bookings, Meal certificates, Rooms, Payment, Prepare Contracts, etc., Coordinate larger entertainment events, handle casino promotions – informing all casino departments of new promotions, set up and implementation, place all orders for promotional and departmental needs, Write promotions for the Menominee Casino, Complete all contracts and worked tradeshows, sponsored events, etc., In charge of all set-ups for tradeshows, sponsored events, etc, Excellent...

Show more

### Associate Administrator

College of Menominee Nation

Jan 2011 - Oct 2013 · 2 years 10 months

Prepare travel advances, check requests, purchase requisitions, etc. and submit to Finance in a timely manner, Enter all courses in the Empower system, Prepare all course schedule changes and release to the public, Run reports as needed, Mailings for honor students/academic alerts, Recorder for Faculty, Curriculum, & Dean's committee meetings, Chair of the Administrative Efficiency Council

### Administrative Assistant

Menominee Casino Resort

  Jennifer Peters, MBA    

Prepare Contracts, etc., Coordinated 2004 Countryfest, Handled casino promotions – informing all casino departments of new promotions, assisted in set up and implementation, placed all orders for promotional and departmental needs, Completed all contracts and worked tradeshows, sponsored events, etc., In charge of all set-ups for tradeshows, sponsored events, etc, Member of the Menominee Casino promotions...

Show more

# Education

### University of Phoenix
Master of Business Administration (M.B.A.) · Business Administration and Management, General

2011 - 2013

Activities and Societies: None

### Silver Lake College
Bachelor of Science (BS) · Business Management

2004 - 2008

Activities and Societies: None

### College of Menominee Nation
Associate of Arts and Sciences (A.A.S.) · Computer Science

2000 - 2004

Activities and Societies: None

# Courses

### Accounting
ACC561

### Applied Business Research & Statistics
QNT561

 Jennifer Peters, MBA 

**Corporate Finance**
FIN571

**Economics**
ECO561

**Human Capital Management**
HRM531

**Management**
MGT521

**Marketing**
MKT571

**Operations Management**
OPS571

**Organizational Leadership**
LDR531

**Quantitative Reasoning for Business**
QRB501

**Strategic Planning & Implementation**
STR581

More activity by Jennifer

 Jennifer Peters, MBA 

entirely different, for example, as illustrated by Lolly Daskal: -A...
Liked by Jennifer Peters, MBA

According to Brian Scudamore, I've learned that strong leaders don't fight to have the first and last word. Instead, they listen to their teams, ask...
Liked by Jennifer Peters, MBA

Exactly why a diverse work team is so great!
Liked by Jennifer Peters, MBA

"We are not a team because we work together. We are a team because we respect, trust and care for each other." A "team" is not just people who work...
Liked by Jennifer Peters, MBA

 Jennifer Peters, MBA 

**If you can't TRUST your Employees to work flexibly, why HIRE them at all? #Leadership #Management #HumanResources #HR**

Liked by Jennifer Peters, MBA

**Great guy to have on our team at Bay Bank! #indiancountry #nativeownedbank**

Liked by Jennifer Peters, MBA



Liked by Jennifer Peters, MBA

**The beauty of leadership lies in the fact that a person does not need a formal title to prove that they are a leader. People follow leaders because...**

Liked by Jennifer Peters, MBA

 Jennifer Peters, MBA 

**Always find the confidence within to become the very best version of yourself. Check out more...**
Liked by Jennifer Peters, MBA

**A Boss has the title. A leader has the people!**
**#Leadership #Management #HumanResources #HR**
Liked by Jennifer Peters, MBA

**Photo**
Liked by Jennifer Peters, MBA

**Photo**
Liked by Jennifer Peters, MBA

 Jennifer Peters, MBA 

**You cannot grow as a leader unless you embrace new challenges, face your fears, overcome something difficult, or do something you're never done...**

Liked by Jennifer Peters, MBA

**Sometime you need to slow down before you can speed up. Priceless sloth face at the end!**

Liked by Jennifer Peters, MBA

## View Jennifer's full profile

- See who you know in common
- Get introduced
- Contact Jennifer directly

( Join to view full profile )

## People also viewed


**Ewell J Fossum**
Qualifying Party at Fossum Electric
Mescalero, NM


**Ajjahh Lindsay**
Front desk agent
El Cajon, CA



 Jennifer Peters, MBA

Lincoln, NE


**Shane P. Thin Elk**
Legal Consultant, Mediator and Indigenous/DEI Consultant
Greater Minneapolis-St. Paul Area


**Robert Schuman (PD Comm.)**
Executive Facility Administrator at Lake of the Torches Resort Casino
Lac du Flambeau, WI


**Marcella Schwartz**
Manager at Diamond Jo Dubuque
Las Vegas Metropolitan Area


**Michelle Green**
General Manager at Motel 6
Salina, KS


**Loretta LoMastro**
Assistant Security Director at Ho-Chunk Gaming - WD & Co-Owner / Operator at Joint Effects Therapeutic Massage
Baraboo, WI


**diane proeber**
owner
Wisconsin Dells, WI

**Crystal Miller**
Human Resources Project Administrator at Grand Victoria Casino
Rising Sun, IN

Show more profiles

## Others named **Jennifer Peters, MBA**

**Jennifer Peters, MSEd, MBA**
Career Counselor | Consultant | Author | Professor
New York City Metropolitan Area

**Jennifer Peters, MBA**
Mayo Clinic | Clinical Specialty Representative | Division of Neurology
East Greenwich, RI

 Jennifer Peters, MBA 

Baltimore, MD

**Jennifer Peters, MBA**
Driver of outcomes, goals, and strategy
Nashville Metropolitan Area

7 others named Jennifer Peters, MBA are on LinkedIn

( See others named **Jennifer Peters, MBA** )

## Add new skills with these courses

Economics for Everyone: Understanding a Recession

Economic Tips for Everyone

Recession-Proof Career Strategies

( See all courses )

## Jennifer's public profile badge

Include this LinkedIn profile on other websites

**Jennifer Peters, MBA**
General Manager at Wolf River Development Company

General Manager at Wolf River Development Company

University of Phoenix

( View profile )

( View profile badges )

Jennifer Peters, MBA - General Manager - Wolf River Development Company | LinkedIn

 Jennifer Peters, MBA 

Privacy Policy

Cookie Policy

Copyright Policy

Brand Policy

Guest Controls

Community Guidelines

Language