# **EXHIBIT D**

WRDC

# Wolf River Development Company

## OUR COMPANIES



**Standing Pines Convenience Store**

Built in 2021, Standing Pines owns and operates the Menominee Reservation's most prestigious gas station and convenience store.



**Primal Wood Products**

Started in 2020, Primal Wood Products offers firewood to Menominee Elders. Primal Woods offers fire wood for purchase.



**Save A Lot**

Starting operations in the early 2010's, Save A Lot provides the Menominee Reservation's best and only grocery store.




**M.I.E.D.A.**



**Four Directions Lending**
Low dollar, fast, installment loans



**Five Clans Lending**
Low dollar, fast, installment Loans

https://www.wolfriverdevelopment.com

1/2

WRDC

One of the first chartered businesses of the Menominee, a corporate rental property business



## Contact us

**WRDC Lending Offices**

W2818 Warrington Rd Keshena WI

(715)-802-4449

administration@wolfriverdev.com



Contact :: WRDC



# Contact us

**WRDC Headquarters**

W2530 Tribal Office Loop Rd, Keshena, WI 54135

(715)-802-4449

administration@wolfriverdev.com