IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAITLIN KNOTTS, ) <br> on behalf of Plaintiff and the class ) <br> members described herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CRANE LENDING, LLC, d/b/a ) <br> CRANE FINANCE; JENNIFER PETERS; ) <br> WOLF RIVER DEVELOPMENT ) <br> COMPANY; and JOHN DOES 1-20, ) <br> ) <br> Defendants. ) | Case No.: 1:22-cv-01511-SEB-MG <br><br> Hon. Sarah Evans Barker <br> Magistrate Judge Mario Garcia |

## ORDER GRANTING NOTICE OF DISMISSAL

Before the Court is Plaintiff's Notice of Dismissal. Plaintiff voluntarily dismisses her individual claims against Defendants Crane Lending, LLC, d/b/a Crane Finance, Jennifer Peters, and Wolf River Development Company with prejudice, with each party to bear their own costs. Plaintiff voluntarily dismisses the claims of the putative classes without prejudice, with each party to bear their own costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's individual claims against Defendants Crane Lending, LLC, d/b/a Crane Finance, Jennifer Peters, and Wolf River Development Company are dismissed with prejudice, with each party to bear their own costs.

2. The claims of the putative classes are dismissed without prejudice, with each party to bear their own costs.

Date: 1/18/2023

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Service of this document will be made electronically on all ECF-registered counsel of record via email generated by the Court's CM/ECF system.